# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: | |
| Robert Douglas Staten | Case No.:  11 B 80805 |
| Traci Earline Staten | Chapter:  13 |
| Debtor(s) | Judge Thomas M. Lynch |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.o. Box 14127, Rockford, IL 61105-4127
Robert Douglas Staten, Traci Earline Staten, Debtor(s), 1184 Rockhampton Dr, Rockford, IL 61102
Alex Wilson, Attorney for Debtor(s), 55 East Monroe St., Suite #3400, Chicago, IL 60603

You are hereby notified that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION has made post-petition advances of $250.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION for the contractual mortgage payment due 10/01/2012. As of the 10/31/2013 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 10/01/2012 through 10/01/2013 post-petition mortgage payments, with the 11/01/2013 coming due. The current mortgage payment amount due each month is $1,695.03. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 12/20/2013, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on November 20, 2013.

/s/ Rachael Stokas
Attorney for Creditor

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-07579)**

NOTE: This law firm is deemed to be a debt collector.